UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GENS,<br><br>        Plaintiff.<br><br>    v.<br><br>AMERIMADE TECHNOLOGY INC., et al.,<br><br>        Defendants. | Case No.  15-cv-01425-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on September 25, 2015, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 9, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 25, 2015, for failure to prosecute, and for failure to comply with the Court's Order of July 6, 2015 [ECF Dkt 16].  A further case management conference is also scheduled for **October 9, 2015**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: September 29, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge