

1   Timothy Gens
    ChemAcoustic Technologies, Inc.
2   774 Mays Blvd. Suite 10-506
    Incline Village, NV 89451
3   Telephone: (650) 949-4880
    Facsimile: (650) 949-4889
4
    In Pro Per
5

6

7

8                    UNITED STATES COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  TIMOTHY GENS d/b/a                    CASE NO.   CV15 01425 JCS
    CHEMACOUSTIC TECHNOLOGIES,
12  INC.

13                     Plaintiff,         **APPLICATION FOR DEFAULT**
    Vs.                                   **JUDGMENT BY COURT**
14
    AMERIMADE TECHNOLOGY INC.,            **Date of Hearing: November 20, 2015**
15  UPTIME SEMICONDUCTOR
    EQUIPMENT SERVICE INC., AND           **Time of Hearing: 9:30 A.M.**
16  TODD THOMAS
                                          **Courtroom:   G – 15th Floor**
17                    Defendants

18

19        TO:  DEFENDANTS AND THEIR ATTORNEY OF RECORD:

20        Please take note that on May 29, 2015 before the U.S. Court, Northern District of

21  California, San Francisco Division located at 450 Golden Gate Avenue, San Francisco,

22  CA 94102,  Plaintiff Timothy Gens d/b/a ChemAcoustic Technologies in the above-entitled

23  action will request that the Court enter default judgment in the mater against Defendant

24  Amerimade Technology, Inc.  (hereinafter "Amerimade"), Defendant Uptime Semiconductor

25  Equipment Service Inc. (hereinafter "Uptime"), and Defendant Todd Thomas (hereinafter

26  "Thomas"),  on the grounds that said defendants have failed to appear or otherwise respond to the

27  amended complaint within the time prescribed by the Federal Rules of Civil Procedure.

28        At the time and place of the hearing, Plaintiff will present proof of the following matters:

APPLICATION FOR DEFAULT JUDGMENT BY COURT

1

2      1.  Defendant Thomas is a male individual over the age of 55 and is a competent person

3  who is not in military service or otherwise exempted under the Soldier's and Sailor's Civil Relief

4  Act of 1940.  (Please see Gens Declaration ¶2).

5      2.  Defendants have not appeared in this action and a Default By Clerk was entered on

6  April 23, 2015.  As noted in the Request for Default By Clerk, Summons, and its supporting

7  Declaration on record, Defendants were served personally at the residence of Defendant Thomas

8  and by certified mail. Defendant Thomas is the registered agent for service for Defendants

9  Amerimade and Uptime.

10      3.  Plaintiff has had no contact with Defendants or their counsel since the filing and

11  service of this action.  (Please see Gens Declaration ¶3).

12      4.  Plaintiff is entitled to judgment against said defendants on account of the claims in the

13  complaint further supported by the accompanying Gens Declaration, to wit:

14      4A.

15      Plaintiff had the summons, complaint, amended complaint, and standing orders personally

16  served on said defendants at the residence of defendant Thomas on March 29, 2015 as evidence

17  by the proof of service of summons filed herewith.  The summons, complaint, amended

18  complaint, and standing orders were also mailed to defendant Thomas' residence by certified mail

19  as evidence by the proof of service of summons filed herewith.  Defendant Thomas is the

20  registered agent for service for defendants Amerimade and Uptime according to the CA Secretary

21  of State corporate website.  There has been no communication with defendants or their counsel.

22  More than 21 days have elapsed since service.

23      The above stated facts are set forth in the accompanying declaration filed herewith.

24  Dated:  October 9, 2015

25

26

27  _____

28                                    Timothy Gens

APPLICATION FOR DEFAULT JUDGMENT BY COURT