UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GENS,<br>    Plaintiff,<br>v.<br>AMERIMADE TECHNOLOGY INC., et al.,<br>    Defendants. | Case No. 15-cv-01425-JCS<br><br>**ORDER TO SHOW CAUSE** |

On November 20, 2015, a hearing was held on Plaintiff's Motion for Default Judgment. At the hearing, the Court requested supplemental materials, to be filed no later than December 18, 2015. In a conversation with the Clerk in January 2016, Plaintiff stated that he had mailed the materials to the Clerk's Office before the Court's deadline. His materials were not received by the Clerk's Office, however. Plaintiff promised to bring another set of his materials to the Clerk's office, and in a telephone message on January 25, 2016 he stated that he would be filing the materials the next day. To date, no supplemental materials have been received by the Clerk's Office.

IT IS HEREBY ORDERED that Plaintiff appear on **February 19, 2016, at 2:00 p.m**., before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why his Motion for Default Judgment should not be denied and this action dismissed for Plaintiff's failure to provide the additional materials requested by the Court, and for failure to comply with the Court's Order of November 23, 2015 [ECF Dkt 23]. **If Plaintiff files his supplemental materials before the February 19, 2016 Show Cause Hearing that hearing will be vacated and this Order will be**

explunged.

      **IT IS SO ORDERED.**

Dated:  February 5, 2016

                                                    _____

JOSEPH C. SPERO
Chief Magistrate Judge