UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GENS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERIMADE TECHNOLOGY INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01425-JCS<br><br>**ORDER SETTING HEARING RELATING TO MOTION FOR DEFAULT JUDGMENT** |

On February 19, 2016, Plaintiff filed supplemental materials in support of his pending motion for default judgment in response to the Court's questions at the November 20, 2015 motion hearing. The Court has reviewed the supplemental materials and has some additional questions relating to them. Therefore, the Court is setting an additional hearing to address these issues, on **Friday, March 18, 2016 at 2:00 pm.** Plaintiff may appear by telephone or in person. In order to appear by telephone, Plaintiff should notify Karen Hom, Courtroom Deputy, at (415) 522-2035 by March 11, 2016 informing her of his intent to appear by telephone and providing a land line telephone number where he can be reached at the time of the hearing.

**IT IS SO ORDERED.**

Dated: March 4, 2016

JOSEPH C. SPERO
Chief Magistrate Judge